1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS CRUZ, et al.,

              Plaintiffs,

      v.

CONCORD POLICE DEPARTMENT, et al.,

              Defendants.

Case No. 21-cv-05469-HSG

**ORDER OF DISMISSAL**

On July 16, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Court informed Plaintiff that this action was deficient because he had not signed the complaint as required by Rule 11 of the Federal Rules of Civil Procedure, and because he had neither paid the filing fee nor filed an application to proceed *in forma pauperis*. Dkt. Nos. 2, 3. Plaintiff was instructed to, within twenty-eight days of the notices, submit a signed complaint on the proper form and either pay the filing fee or file an application to proceed *in forma pauperis*. Dkt. Nos. 2, 3. Plaintiff was informed that the failure to comply with these notices would result in dismissal of this action. Dkt. Nos. 2, 3. The Court provided Plaintiff with a complaint form, a *in forma pauperis* application, and a postage-paid return envelope. Dkt. Nos. 2, 3.

The deadline has passed, and Plaintiff has not submitted a signed complaint on the proper form. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by a signed complaint on the proper form, and either the filing fee or an application to proceed *in forma pauperis*.

//

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 24, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge